DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JONATHAN G. DAVIS,

Appellant,

v.

HILLSBOROUGH COUNTY, a political subdivision of the State
of Florida,

Appellee.

No. 2D2024-1827

_____

January 16, 2026

Appeal from the County Court for Hillsborough County; Richard A. Weis,
Judge.

Payton S. McCann and Michael R. DeFeudis of McCann Legal, P.A.,
Miami, for Appellant.

Kenneth C. Pope, Senior Assistant County Attorney, Tampa, for Appellee.


KHOUZAM, Judge.

We treat this direct appeal of a nonfinal prejudgment civil contempt order as a petition for writ of certiorari. *See* Fla. R. App. P. 9.040(c) ("If a party seeks an improper remedy, the cause must be treated as if the proper remedy had been sought; provided that it will not be the responsibility of the court to seek the proper remedy."); *see, e.g., Menke*

*v. Wendell,* 188 So. 3d 869, 871 (Fla. 2d DCA 2015) ("[A] prejudgment civil contempt order entered in an ongoing proceeding is subject to certiorari review.").

As the petition fails to establish a departure from the essential requirements of the law, we must deny it. *See Menke,* 188 So. 3d at 871.

Denied.

BLACK and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.